# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2024 KW 0305

VERSUS

JERRY JACKSON                                         **JULY 15, 2024**

---

In Re:     Jerry Jackson, applying for supervisory writs, 20th
           Judicial District Court, Parish of West Feliciana, No.
           19-WFLN-45.

---

**BEFORE:    WOLFE, HESTER, AND MILLER, JJ.**

**WRIT DENIED.** The Clerk of Court of West Feliciana has no record of receiving a "Motion for Clarification of Sentence," allegedly filed on November 29, 2023. A Motion for Clarification of Sentence must be filed in the district court prior to filing an application for supervisory writs.

**EW**
**CHH**
**SMM**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT